**FedEx Express — International Air Waybill**

For FedEx services worldwide. Packages up to 150 lbs. (68 kg), excluding dangerous goods.
Not all services and options are available to all destinations.

**1 From** *Please print and press hard.*

Date: 10/28/22
Sender's FedEx Account Number: REDACTED

Sender's Name: JOSHUA AMBUSH
Phone: 410 484-2020
Company: LAW OFFICES OF JOSHUA M. AMBUSH
Address: 104 OLD COURT RD STE 303
City: PIKESVILLE
State/Province: MD
Country: US
ZIP/Postal Code: 21208-4076
Internal Billing Reference: Nieman v Iran A3 Svc

**2 To**

Recipient's Name: Hossein Amir-Abdollahian
Company: Islamic Republic of Iran
Address: Ministry of Foreign Affairs
Address: Imam Khomeini Street
City: Imam Khomeini Square
Country: Tehran, Iran
ZIP/Postal Code: 1136914811

FedEx Tracking Number: 8160 2717 0978
Form ID No.: 0402

**4 Express Package Service**
☒ FedEx Intl. Priority

**5 Packaging**
☒ FedEx Envelope
☒ Other: yellow env.

**6 Special Handling and Delivery Signature Options**

**7 Payment**
Bill transportation charges to: ☒ Sender
Bill duties and taxes to: ☒ Sender

**8 Required Signature**
Sender's Signature: [signed]