THE LAW OFFICE OF
# JOSHUA M. AMBUSH, LLC
106 OLD COURT ROAD, SUITE 303, BALTIMORE, MARYLAND 21208
TEL: 410-484-2070 FAX: 410-484-9330
jambush@ambushlaw.com

October 27, 2022

Ms. Angela D. Caesar, Clerk of the Court
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

*Via electronic filing & hand delivery*

  Re: *Nieman et al. v. Islamic Republic of Iran*
     Civil Action No. 1:22-cv-02940
     Request for Service of Process on Defendant Islamic Republic of Iran Pursuant to 28 U.S.C. § 1608(a)(3)

Dear Ms. Caesar:

  In connection with the above-captioned case, and pursuant to 28 U.S.C. § 1608(e), I am writing to request service by the Clerk of the Court of the Complaint, Summons, and Notice of Suit in this case, pursuant to 28 U.S.C. § 1608(a)(3), on defendant the Islamic Republic of Iran.

  I am enclosing a copy of the Affidavit Requesting Foreign Mailing.

  For purposes of service, the above-named defendant is considered the "foreign state" of the Islamic Republic of Iran under 28 U.S.C. §1608(a).

  This case was brought under 28 U.S.C. § 1605A against the defendant for its material support of terrorism-related IED and machine gun attacks against plaintiffs in Afghanistan. Because this case is governed by the Foreign Sovereign Immunities Act, service of the Complaint, Summons, and Notice of Suit must be made by attempting those methods listed in 28 U.S.C. § 1608(a)(1)-(4) in the order that they are listed in the statute. Service on Iran cannot be made pursuant to subsections (a)(1) or (a)(2) of Section 1608 because Iran has not entered into any special agreement regarding service with plaintiffs and because Iran is not a signatory to any applicable international agreement regarding service.

  Section 1608(a)(3) of the FSIA requires a copy of the Complaint, Summons, and Notice of Suit to be sent, with translations of each into the official language of the foreign state, by any form of mail requiring a signed receipt, to be addressed and dispatched by the Clerk of the Court to the head of the ministry of foreign affairs of the foreign state.

  Please find enclosed the Complaint, Summons, Notice of Suit, with certified translations into Farsi of each. Please effect service through FedEx, using the enclosed preprinted FedEx waybill, to send the copies to the defendant. Please send the package to the defendant at the following address:

        Hossein Amir-Abdollahian, Minister of Foreign Affairs
        Islamic Republic of Iran
        Ministry of Foreign Affairs
        Imam Khomeini Street
        Imam Khomeini Square
        Tehran, Iran 1136914811

    Thank you for your assistance in this matter. Please do not hesitate to contact me with any questions.

                      Sincerely,

                      Joshua M. Ambush

JMA/kc
Enclosures