```
ORIGIN ID:ZFEA     (410) 484-2070        SHIP DATE: 15DEC22
JOSHUA M. AMBUSH                         ACTWGT:
JOSHUA M. AMBUSH, LLC                    CAD: 101187522/INET4530
106 OLD COURT ROAD
SUITE 303
PIKESVILLE, MD 21208                     BILL SENDER
UNITED STATES US
```

TO  **JARED HESS, ESQUIRE**
    **OFFICE OF LEGAL AFFAIRS**
    **SA CA OCS L**
    **SA-17, 10TH FLOOR**
    **WASHINGTON DC 20522**
    (202) 485-6173          REF  A4 NIEMAN V IRAN
    INV:
    PO                      DEPT



**FRI - 16 DEC 4:30P**
**STANDARD OVERNIGHT**

TRK# [0201]  **7707 9791 1926**

**19 KMDA**                 **20522**
                       DC-US    **IAD**



12/15/22, 5:59 PM

FedEx Ship Manager - Print Your Label(s)