# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SETH R. NIEMAN, *et al.*,            ) | |
|                                       ) | |
|         Plaintiffs,                   ) | |
|                                       ) | |
|     v.                                ) | Case No. 1:22-cv-02940-DLF |
|                                       ) | |
| ISLAMIC REPUBLIC OF IRAN,             ) | |
|                                       ) | |
|         Defendant.                       | |

*************************************************************************

## NOTICE OF SUMMONS EXECUTED ON THE DEFENDANT
## THE ISLAMIC REPUBLIC OF IRAN

Plaintiffs, by and through undersigned counsel, respectfully submit this notice of service of summons, complaint and notice of suit upon the defendant the Islamic Republic of Iran through diplomatic channels on March 6, 2023, under cover of diplomatic note No. 1020-IE, attached hereto as Exhibit 1. Section 1608(d) of the Foreign Sovereign Immunities Act requires defendant to serve an answer to the complaint within sixty (60) days of service. Therefore, Iran's answer to the complaint is due by May 5, 2023.

Dated: April 18, 2023                                         Respectfully Submitted,

                                                              /s/ Joshua M. Ambush
                                                  Joshua M. Ambush (Bar No. MD 27025)
                                                    Law Offices of Joshua M. Ambush, LLC
                                                         106 Old Court Road, Suit 303
                                                           Baltimore, Maryland 21208
                                                              Phone: (410) 484-2070
                                                            Facsimile: (410) 484-9330
                                                         Email: joshua@ambushlaw.com
                                                              *Counsel for Plaintiffs*