

U.S. Embassy
BERN, SWITZERLAND
https://ch.usembassy.gov
Customer: NIEMAN V ISLAMIC REP.
OF IRAN
Date: 1/30/2023 11:53:47 AM
Register: ACS Cash
Transaction: 15048917
Tender: U.S. Dollars
Exchange Rate 1.00USD = 1.000LC

| Qty | Svc | City | Visa | Price |
|---|---|---|---|---|
| 1 | 51 | | | $2,275.00 |
| LETTERS ROGATORY/FSIA FEE | | | | CHF 2'275.00 |

Balance       $2,275.00
Amount Paid   $2,275.00
Change        $0.00

CUSTOMER COPY
ALL TRANSACTIONS ARE
FINAL - NO REFUNDS



59603



United States Department of State

Washington, D.C. 20520

March 28, 2023

Ms. Angela D. Caesar
United States District Court
For The District of Columbia
333 Constitution Ave. NW
Washington, DC 20001

Re: *Seth R. Nieman, et al. v. Islamic Republic of Iran, et al.*, 1:22-cv-02940-CKK

Dear Ms. Caesar:

I am writing regarding the Court's request for transmittal of a Summons, Complaint, Notice of Suit, and Standard Order for Civil Cases to the Islamic Republic of Iran pursuant to 28 U.S.C. Section 1608(a)(4) as a defendant in the above referenced lawsuit.

Because the United States does not maintain diplomatic relations with the Government of Iran, the Department of State is assisted by the Foreign Interests Section of the Embassy of Switzerland in Tehran in delivering these documents to the Iranian Ministry of Foreign Affairs. The documents were delivered to the Iranian Ministry of Foreign Affairs under cover of diplomatic note No. 1020-IE, dated February 15, 2023, and delivered on March 6, 2023. A certified copy of the diplomatic note is enclosed.

Sincerely,

Jared N. Hess
Attorney Adviser
Office of the Legal Adviser
L/CA/POG/GC

Cc:  Joshua Ambush
     Law Office of Joshua Ambush
     106 Old Court Rd., Suite 303
     Baltimore, MD 21208

## SPECIFIC AUTHENTICATION CERTIFICATE

Confederation of Switzerland            )
Bern, Canton of Bern                    ) SS:
Embassy of the United States of America )

I, Jack F. Pan, a consular officer at the Embassy of the United States at Bern, Switzerland, certify that this is a true copy of Embassy note number 27970 dated January 27, 2023, which was transmitted to the Swiss Ministry of Foreign Affairs on February 1, 2023, for further transmission to the American Interests Section of the Swiss Embassy in Tehran, Iran.

_____
(Signature of Consular Officer)

_____
Jack F. Pan
(Typed name of Consular Officer)

<u>Consul of the United States of America</u>
(Title of Consular Officer)

<u>March 20, 2023</u>
(Date)





*Embassy of the United States of America*

January 27, 2023

CONS NO. 27970

Federal Department of Foreign Affairs
Foreign Interests Section
Kochergasse 10
Federal Palace North
Office #4.001
3003 Bern

Subject: JUDICIAL ASSISTANCE: Service of process under the Foreign Sovereign Immunities Act (FSIA) – **Seth R. Nieman, et al. v. Islamic Republic of Iran, et al., 1:22-cv-02940-CKK**

REF:   ----

The Department of State has requested the delivery of the enclosed Summons, Complaint, Notice of Suit, and Standard Order for Civil Cases to the Ministry of Foreign Affairs of the Islamic Republic of Iran pursuant to the Foreign Sovereign Immunities Act in the matter Seth R. Nieman, et al. v. Islamic Republic of Iran, et al., 1:22-cv-02940-CKK.

The Embassy is herewith requesting the Swiss Ministry of Foreign Affairs to transmit the documents to the American Interests Section of the Swiss Embassy in Tehran. There is one defendant to be served in this case: the Islamic Republic of Iran. The American Interests Section should transmit the Summons, Complaint, Notice of Suit, and Standard Order for Civil Cases to the Iranian Ministry of Foreign Affairs under cover of one diplomatic note utilizing the language provided in the enclosed instructions.

Transmittal should be done in a manner which enables the Embassy to confirm delivery. The American Interests Section should execute certifications of the diplomatic notes, which will be forwarded by the Department of State to the requesting court in the United States.

Enclosed is one appropriate part of a message the Embassy received from the Department of State as well two sets of documents for each defendant.

The Embassy would appreciate being informed of the date the American Interests Section of the Swiss Embassy in Tehran receives the documents as well as the date the Interests Section forwards the documents to the Iranian authorities.

SPP's assistance is much appreciated.

**BEGIN TEXT OF DIPLOMATIC NOTE REGARDING DEFENDANT ISLAMIC REPUBLIC OF IRAN:**

The Embassy of Switzerland, Foreign Interests Section in Tehran refers the Ministry of Foreign Affairs of the Islamic Republic of Iran to the lawsuit **Seth R. Nieman, et al. v. Islamic Republic of Iran, et al., 1:22-cv-02940-CKK**, which is pending in the United States District Court for the District of Columbia. The Islamic Republic of Iran is a defendant in this case. The Foreign Interests Section transmits a Summons and Complaint herewith. The U.S. District Court for the District of Columbia has requested service of these documents. This note constitutes transmittal of these documents to the Government of the Islamic Republic of Iran as contemplated in Title 28, United States Code, Section 1608(a)(4).

Under applicable U.S. law a defendant in a lawsuit must file an answer to the Complaint or some other responsive pleading within 60 days of the date of transmittal of the Complaint, in this case the date of this note. Failing to do so, a defendant risks the possibility of having judgment entered against it without the opportunity to present arguments or evidence on its behalf. Therefore, the Foreign Interests Section requests that the enclosed Summons and Complaint be forwarded to the appropriate authority of the Islamic Republic of Iran with a view towards taking whatever steps are necessary to avoid a default judgment.

In addition to the Summons and Complaint, the Foreign Interests Section is enclosing a Notice of Suit, prepared by the plaintiff, which summarizes the nature of the case and includes references to U.S. laws concerning suits against foreign States, and certain other court documents that the plaintiff has requested be transmitted.

The Foreign Interests Section has been advised that under U.S. law any jurisdictional or other defense including claims of sovereign immunity must be addressed to the court before which the matter is pending, for which reason it is advisable to consult an attorney in the United States. It is the practice of the U.S. Department of State to be available to discuss the requirements of U.S. law with counsel. The U.S. Government is not a party to this case and cannot represent other parties in this matter.

Attachments:

1. Summons, Complaint, Notice of Suit, and Standard Order for Civil Cases
2. Translations

**END TEXT OF DIPLOMATIC NOTE REGARDING DEFENDANT ISLAMIC REPUBLIC OF IRAN**

## SPECIFIC AUTHENTICATION CERTIFICATE

federation of Switzerland )
, Canton of Bern ) SS:
assy of the United States of America )



fy that the annexed document bears the genuine seal of the Swiss Federal
rtment of Foreign Affairs.

fy under penalty of perjury under the laws of the United States that the foregoing
and correct.

_____
(Signature of Consular Officer)

Jack F. PAN
(Typed name of Consular Officer)

Consul of the United States of America
(Title of Consular Officer)

March 20, 2023
(Date)





Schweizerische Eidgenossenschaft
Confédération suisse
Confederazione Svizzera
Confederaziun svizra

**Federal Department of Foreign Affairs FDFA**

K. 346-01-02-01-USA/IRAN

The Federal Department of Foreign Affairs presents its compliments to the Embassy of the United States of America and refers to Cons Note No. 27970 dated January 27, 2023 regarding judicial assistance and has the honor to convey following documents of the U.S. Interests Section of the Embassy of Switzerland in Tehran:

Judicial Assistance:

**Seth R. Nieman, et al. v. Islamic Republic of Iran, et al., 1:22-cv-02940-CKK**
- Note 1020-IE addressed to the Government of the Islamic Republic of Iran

dated February 15, 2023 and proof of service, dated March 07, 2023 as well as the certification by the Swiss Federal Chancellery dated March 15, 2023.

The section has received the above mentioned documents on February 13, 2023. It has transmitted these to the Iranian Ministry of Foreign Affairs together with its diplomatic note on March 06, 2023. The reception of the mentioned documents was refused the same day by the Iranian Ministry of Foreign Affairs.

The Federal Department of Foreign Affairs avails itself of this opportunity to renew to the Embassy of United States of America the assurances of its highest consideration.

Berne, March 15, 2023

_Enclosure(s) mentioned_

To the
Embassy of the
United States of America

Berne

SPECIFIC AUTHENTICATION CERTIFICATE



Confederation of Switzerland        )
Canton of Bern                      ) SS:
Embassy of the United States of America )

I certify that the annexed document is executed by the genuine signature and seal of the following named official who, in an official capacity, is empowered by the laws of Switzerland to execute that document.

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____Alessandra MANOIERO_____
(Typed name of Official who executed the annexed document)

_____[signature]_____
(Signature of Consular Officer)

_____Jack F. PAN_____
(Typed name of Consular Officer)



Consul of the United States of America
(Title of Consular Officer)

March 20, 2023
(Date)



Schweizerische Eidgenossenschaft
Confédération suisse
Confederazione Svizzera
Confederaziun svizra

Embassy of Switzerland in Iran
**Foreign Interests Section**

No. 1020-IE

The Embassy of Switzerland, Foreign Interests Section in Tehran, presents its compliments to the Ministry of Foreign Affairs of the Islamic Republic of Iran, and has the honor to refer the Ministry to the lawsuit **Seth R. Nieman, et al. v. Islamic Republic of Iran, et al., 1:22-cv-02940-CKK**, which is pending in the United States District Court for the District of Columbia. The Islamic Republic of Iran is a defendant in this case. The Embassy transmits a Summons and Complaint herewith. The U.S. District Court for the District of Columbia has requested service of these documents. This note constitutes transmittal of these documents to the Government of the Islamic Republic of Iran as contemplated in Title 28, United States Code, Section 1608(a)(4).

Under applicable U.S. law, a defendant in a lawsuit must file an answer to the Complaint or some other responsive pleading within 60 days of the date of transmittal of the Complaint, in this case the date of this note. Failing to do so, a defendant risks the possibility of having judgment entered against it without the opportunity to present arguments or evidence on its behalf. Therefore, the Embassy requests that the enclosed Summons and Complaint be forwarded to the appropriate authority of the Islamic Republic of Iran with a view towards taking whatever steps are necessary to avoid a default judgment.

In addition to the Summons and Complaint, the Embassy is enclosing a Notice of Suit, prepared by the plaintiff, which summarizes the nature of the case and includes references to U.S. laws concerning suits against foreign States, and certain other court documents that the plaintiff has requested be transmitted.

The Embassy has been advised that under U.S. law any jurisdictional or other defense including claims of sovereign immunity must be addressed to the court before which the matter is pending, for which reason it is advisable to consult an attorney in the United States. It is the practice of the U.S. Department of State to be available to discuss the requirements of U.S. law with counsel. The U.S. Government is not a party to this case and cannot represent other parties in this matter.

The Embassy of Switzerland, Foreign Interests Section, avails itself of this opportunity to renew to the Ministry of Foreign Affairs of the Islamic Republic of Iran the assurances of its highest consideration.

Tehran – February 15, 2023

Attachments:
1. Summons, Complaint, Notice of Suit, and Standard Order for Civil Cases
2. Translations

**Ministry of Foreign Affairs**
**Islamic Republic of Iran**
**Department of American Affairs**
**Tehran**

I, Christian Gobet, Head of the Foreign Interests Section of the Embassy of Switzerland in Iran, certify herewith that this is a true copy of Diplomatic Note No. 1020-IE, dated February 15, 2023. The delivery of this note and its enclosures was attempted on March 06, 2023, but the Iranian Ministry of Foreign Affairs refused its acceptance.



Christian Gobet
Head of the Foreign Interests Section

Tehran - March 07, 2023



**APOSTILLE**
(Convention de la Haye du 5 octobre 1961)

Country: SWISS CONFEDERATION

This public document

2. has been signed by     Christian Gobet

3. acting in the capacity of Head of the Foreign Interests Section

4. bears the seal/stamp of

   Embassy of Switzerland in Iran

   Certified

5. at Berne               6.   the 15 March 2023

7. by Alessandra Manoiero
   functionary of the Swiss federal Chancellery

8. No   006557

9. Seal/stamp:                    10. Signature:

   Swiss federal Chancellery



<div dir="rtl">

ترجمه غیر رسمی

سفارت سوئیس
قسمت حافظ منافع خارجی

شماره IE-1020

سفارت سوئیس، قسمت حافظ منافع خارجی در تهران، ضمن اظهار تعارفات خود به وزارت امور خارجه جمهوری اسلامی ایران، احتراماً توجه آن وزارتخانه محترم را به دعوای حقوقی تحت عنوان Seth R. Nieman و دیگران علیه جمهوری اسلامی ایران و دیگران، تحت پرونده مدنی شماره CKK-02940-cv-1:22 که در دادگاه منطقه ای ایالات متحده ویژه منطقه کلمبیا مفتوح میباشد، جلب می نماید. جمهوری اسلامی ایران طرف خوانده در این پرونده می باشد. سفارت سوئیس بنا به درخواست دادگاه منطقه ای ایالات متحده ویژه منطقه کلمبیا، یک فقره احضاریه و شکایت را ایفاد می دارد. برابر مقررات فصل 28 بخش 1608 بند (الف)(4) مجموعه قوانین ایالات متحده، این یادداشت به منزله ابلاغ مدارک مذکور به دولت جمهوری اسلامی ایران تلقی می گردد.

طبق قوانین قابل اجرای ایالات متحده، خوانده یک پرونده می بایست ظرف 60 روز از تاریخ ابلاغ شکایت، در این مورد تاریخ یادداشت، پاسخی به شکایت یا دیگر پاسخی دفاعی در پرونده بگذارد. در غیر اینصورت، ممکن است حکمی بر ضد خوانده صادر گردد بدون آنکه خوانده فرصت ارائه شواهد و دفاعیه از طرف خود را داشته باشد. لذا، سفارت در خواست می نماید که احضاریه و شکایت، با این دید که اقدامات لازم در جهت جلوگیری از حکم قصور انجام شود ، برای مقامات مربوطه ایرانی ارسال گردد.

سفارت علاوه بر احضاریه و شکایت، ابلاغیه اقامه دعوی که توسط شاکی دائر بر خلاصه ماهیت پرونده و مشتمل بر رونوشتی از مجموعه قوانین ایالات متحده آمریکا در خصوص دادخواست علیه دولتهای خارجی تهیه شده و بنا به درخواست شاکی مدارک دادگاهی دیگری است را به پیوست ایفاد می دارد.

سفارت بدینوسیله اشعار می دارد که بموجب قوانین ایالات متحده آمریکا، هر گونه دفاع مربوط به قلمرو قضائی و اداری و یا دفاع دیگری، از جمله عنوان نمودن مصونیت دولت ها، باید در مقابل دادگاهی صورت گیرد که موضوع در آن مفتوح می باشد. از این رو مشورت با یک مشاور حقوقی در ایالات متحده آمریکا توصیه می گردد. وزارت امور خارجه ایالات متحده آمریکا آماده گفتگو با مشاور در مورد قوانین مربوطه میباشد. دولت ایالات متحده آمریکا از طرفین این پرونده نبوده و نماینده هیچ یک از طرفین نخواهد بود.

سفارت سوئیس، قسمت حافظ منافع خارجی، موقع را مغتنم شمرده مراتب احترامات فائقه خود نسبت به وزارت امور خارجه جمهوری اسلامی ایران را تجدید می نماید.

تهران، بتاریخ بیست و ششم بهمن ماه 1401 (15 فوریه 2023)

پیوست: 1- احضاریه، شکایت، دستور متعارف برای پرونده های مدنی و ابلاغیه اقامه دعوی
2- ترجمه ها

اداره امور آمریکا
وزارت امور خارجه
جمهوری اسلامی ایران
تهران

</div>

AO 440 (Rev. 12/11) 28 USC 1608 Summons

# UNITED STATES DISTRICT COURT
## for the District of Columbia

Seth R. Nieman, et al.

*Plaintiff*

v.   Civil Action No. 1:22-cv-2940

Islamic Republic of Iran

*Defendant*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Islamic Republic of Iran
c/o Hossein Amir-Abdollahian
Ministry of Foreign Affairs
Imam Khomeini Street
Imam Khomeini Square
Tehran, Iran

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joshua M. Ambush
Law Offices of Joshua M. Ambush, LLC
106 Old Court Road, Suite 303
Baltimore, MD 21208

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date: 10/4/2022

/s/ Nicole M. Wilkens

*Signature of Clerk or Deputy Clerk*

28 USC 1608 احضاریه
11/12

دادگاه منطقه‌ای ایالات متحده
ویژه منطقه کلمبیا

ورثه Seth R. Nieman و دیگران

(  ------------------------------------
(  شاکی
(
(  به‌طرفیت               دعوی مدنی شماره 2940-cv-22:1
(  جمهوری اسلامی ایران
(  ------------------------------------
   متشاکی

احضاریه دعوی مدنی

گیرنده: (نام و آدرس متشاکی)

جمهوری اسلامی ایران
گیرنده حسین امیرعبداللهیان
وزارت امور خارجه
خیابان امام خمینی
میدان امام خمینی
تهران، ایران

یک دعوی قضایی علیه شما اقامه شده است.

ظرف 60 روز پس از ابلاغ این احضاریه به شما (بدون احتساب روزی که آن را دریافت کرده‌اید) باید پاسخ شکایت پیوست یا درخواست دعوی را طبق قانون 12 قوانین فدرال آیین دادرسی مدنی به شاکی ابلاغ کنید. پاسخ یا درخواست باید به شاکی یا وکیل شاکی به نام و نشانی زیر ابلاغ شود:

Joshua M. Ambush
Law Offices of Joshua M. Ambush, LLC
106 Old Court Road, Suite 303
Baltimore, MD 21208

اگر در ارائه پاسخ اهمال ورزید، ممکن است حکم غیابی علیه شما برای خواسته‌های مندرج در شکایت صادر شود. شما همچنین باید پاسخ یا درخواست خود را به دادگاه ارسال کنید.

ANGELA D. CAESAR، منشی دادگاه

تاریخ: 22/10/04

/s/Nicole M. Wilkens
امضای منشی یا دستیار منشی

